# Q & A REPORTING SERVICES, INC.
### Admin@QAReporting.com

### CONFIDENTIAL

**RE: Akins, et al. v AISS, et al.**

**Breakdown for Invoice #7202:**

| | |
|---|---:|
| **133 pgs (original & 1 copy) @ $4.25/pg** | **$ 565.25** |
| **Appearance Fee** | **125.00** |
| **Signature Reservation** | **35.00** |
| **e-file** | **40.00** |
| **Wait Time (45 mins)** | **37.50** |
| **Bindery/Handling/Shipping** | **50.00** |
| **TOTAL** | **$ 852.75** |

**EXHIBIT A**